IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2008-cv-00239-WDM-MJW

RICHARD RORY MCCARTY,

    Plaintiff,

v.

MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO
VACATE SETTLEMENT CONFERENCE**
( Docket No 18 )

---

This matter comes before the Court on Defendant Markel International Insurance Company's Unopposed Motion to Vacate Settlement Conference. The Court, being fully advised, hereby Grants the subject Motion. Accordingly, the settlement conference previously set for 1:30 p.m. on June 12, 2008 is vacated, and the parties are Ordered to submit a joint status report within 10 days of the July 21, 2008 mediation.

DONE AND SIGNED THIS 20th DAY OF May, 2008.

BY THE COURT:

_____
United States Magistrate Judge
Michael J. Watanabe